DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

RYAN B. STEINER,

Appellant,

v.

TINA M. DALY and RUSKIN HOUSE OF SHEPHERDS,

Appellees.

No. 2D2025-1059

———————————————

December 12, 2025

Appeal from the County Court for Hillsborough County; Christine Edwards, Judge.

Ryan B. Steiner, pro se.

No appearance for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.

———————————————

Opinion subject to revision prior publication.